AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Fort Myers Division

| | | |
|---|---|---|
| JORDYN DAGHARA LAWSON | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.   2:26-cv-00339-SPC-DNF |
| v. | ) ) | |
| GASNER AND WALLACE TF OPERATIONS LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Gasner and Wallace TF Operations LLC
Paul Gassner, Registered Agent
541 Park St
Dunedin, FL 34698

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Jason L. Gunter, Esq.
GunterFirm
2165 W. First St., #104
Fort Myers, FL 33901
Phone: (239) 334-7017
Email: info@gunterfirm.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lourdes Del Rio

Date:      February 13, 2026

_____
*Signature of Clerk or Deputy Clerk*