UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORDYN DAGHARA-LAWSON,

     Plaintiff,

vs.

GASNER AND WALLACE TF
OPERATIONS, LLC

     Defendant.

Case No.: 2:26-cv-00339-KRH

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to voluntary

dismissal of the action with prejudice. Each party shall bear their own fees and costs,

unless otherwise agreed.

Dated: July 2, 2026

/s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley
Fla. Bar No. 111977
Email: Conor@GunterFirm.com
Peter M. Jennings
Fla. Bar No. 11054512
Email: Peter@GunterFirm.com

**GUNTERFIRM**
2165 W. First ST. #104
Fort Myers, FL 33901
Tel. (239) 334-7017

*Counsel for Plaintiff*

/s/ David M. Gobeo
David M. Gobeo
Fla. Bar No.: 001656
dgobeo@fordharrison.com

**FORDHARRISON, LLP**
515 North Flagler Drive, Suite 350
West Palm Beach, FL 33401
Tel: (561) 345-7512

*Counsel for Defendant*